NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
David Berke (SBN #123007)
369 S. Doheny Dr., #508
Beverly Hills, CA 90211
(310) 251-0700
david@berkeslaw.net

ATTORNEY(S) FOR: plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| RAYBAR PTE LTD | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| HEALTH SERVICES US, LLC | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s). | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| N/A | N/A |

10/16/2020
Date

Signature

Attorney of record for (or name of party appearing in pro per):
Plaintiff Raybar Pte Ltd

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES